1
2
3
4
5
6

Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

7

# UNITED STATES DISTRICT COURT

8

# DISTRICT OF NEVADA

9
10
11
12
13
14

DONALD MATTHEW AMICK, an individual,

Plaintiff;

v.

MONTEREY FINANCIAL SERVICES LLC, a foreign limited-liability company,

Defendant.

Case No.: 2:24-cv-02350-JAD-NJK

**JOINT STATUS REPORT REGARDING SETTLEMENT**

15
16
17
18
19

On March 20, 2025, Plaintiff and Monterey Bank ("Monterey") (collectively referred to as the "Parties") filed a Joint Notice of Settlement [ECF No. 7] (the "Notice"). In the Notice, the Parties requested a thirty (30) day deadline to either dismiss the claims against Monterey with prejudice or file a joint status report. The Parties submit the following Joint Status Report Regarding Settlement:

20

1. On March 20, 2025, the Parties filed the Notice.

21

2. On April 4, 2025, Monterey provided a draft release to Plaintiff.

22

3. On April 4, 2025, Plaintiff requested revisions to the release.

23
24

4. On April 9, 2025, Monterey provided an updated version of the release for Plaintiff's review and signature.

25

5. Plaintiff executed the release on April 9, 2025.

26

6. Monterey executed the release on April 14, 2025.

27

7. There are remaining release terms that must be accomplished.

28

///

*Law Office of Kevin L. Hernandez*
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408

8.  Therefore, the Parties respectfully request an additional thirty (30) days to dismiss the claims against Monterey with prejudice or provide another joint status report.

Dated: April 21, 2025                                    Dated: April 21, 2025

**LAW OFFICE OF**                                        **THE GILMORE LAW GROUP, PLLC**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                 */s/ Frank C. Gilmore*
Kevin L. Hernandez, Esq.                                 Frank C. Gilmore, Esq.
Nevada Bar No. 12594                                     Nevada Bar No. 10052
kevin@kevinhernandezlaw.com                              frank@gilmoregroupnv.com
*Attorney for Plaintiff*                                 *Attorney for Defendant*

Dismissal papers must be filed by May 21, 2025. **NO FURTHER EXTENSIONS OF THIS DEADLINE WILL BE GRANTED.**
IT IS SO ORDERED.
Dated:  April 22, 2025
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Law Office of Kevin L. Hernandez
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
TEL: (702) 563-4450  FAX: (702) 552-0408