1  Kevin L. Hernandez, Esq.
   Nevada Bar No. 12594
2  **LAW OFFICE OF KEVIN L. HERNANDEZ**
3  8920 W. Tropicana Avenue, Suite 101
   Las Vegas, Nevada 89147
4  T: (702) 563-4450
   F: (702) 552-0408
5  kevin@kevinhernandezlaw.com
   *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD MATTHEW AMICK, an individual,<br><br>Plaintiff;<br><br>v.<br><br>MONTEREY FINANCIAL SERVICES LLC, a foreign limited-liability company,<br><br>Defendant. | Case No.: 2:24-cv-02350-JAD-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>[ECF No. 11] |

Plaintiff, Donald Matthew Amick ("Plaintiff") and Defendant, Monterey Financial Services LLC ("Monterey") have resolved all claims, disputes, and differences.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice under Fed.R.Civ.P. 41(a)(1)(A)(ii), with Plaintiff and Monterey bearing their own attorneys' fees and costs incurred in this action.

Dated: April 25, 2025

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: April 25, 2025

**THE GILMORE LAW GROUP, PLLC**

*/s/ Frank C. Gilmore*
Frank C. Gilmore, Esq.
Nevada Bar No. 10052
frank@gilmoregroupnv.com
*Attorney for Defendant*

**ORDER OF DISMISSAL**

Based on the parties' stipulation [ECF No. 11] and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 25, 2025